Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Aura Boykin

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (SBN 281162)
10100 Santa Monica Blvd. 23rd Floor
Los Angeles, CA 90067-4008
Telephone:     (310) 712-6100
Facsimile:      (310) 712-6199
sdiamond@kelleydrye.com

Attorneys for Defendants
Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **AURA BOYKIN**, | Case No.: 5:17-cv-04076-LHK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER** |
| **KOHLS DEPARTMENT STORES, INC., and DOES 1 through 100 inclusive**, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Aura Boykin and defendant Kohl's Department Stores, Inc. that Kohl's Department Stores, Inc. be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: May 15, 2018                    **SAGARIA LAW, P.C.**

                      By:    */s/ Elliot Gale*
                                Elliot Gale
                                Attorney for Plaintiff Aura Boykin

DATED: May 15, 2018                    KELLEY DRYE & WARREN LLP

                      By:    */s/ Sarah E. Diamond*
                                Sarah E. Diamond
                                Attorney for Defendant Kohl's Department Stores, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sarah E. Diamond has concurred in this filing.

*/s/ Elliot Gale*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Kohl's Department Stores, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____            _____
                                              Hon. Lucy H. Koh
                                              UNITED STATES DISTRICT JUDGE