1 | Scott J. Sagaria (SBN 217981)
  | SJSagaria@sagarialaw.com
2 | Elliot W. Gale (SBN 263326)
  | EGale@sagarialaw.com
3 | Joe Angelo (SBN 268542)
  | JAngelo@sagarialaw.com
4 | Scott M. Johnson (SBN 287182)
  | SJohnson@sagarialaw.com
5 | **SAGARIA LAW, P.C.**
  | 3017 Douglas Blvd., Ste 200
6 | Roseville, CA 95661
  | Telephone: (408) 279-2288
7 | Facsimile: (408) 297-2299

8 | Attorneys for Plaintiff Aura Boykin

9 | KELLEY DRYE & WARREN LLP
  | Sarah E. Diamond (SBN 281162)
10 | 10100 Santa Monica Blvd. 23rd Floor
   | Los Angeles, CA 90067-4008
11 | Telephone:   (310) 712-6100
   | Facsimile:    (310) 712-6199
12 | sdiamond@kelleydrye.com

13 | Attorneys for Defendants
14 | Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **AURA BOYKIN**, | Case No.: 5:17-cv-04076-LHK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER** |
| **KOHLS DEPARTMENT STORES, INC., and DOES 1 through 100 inclusive**, | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER -1-

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Aura Boykin and defendant Kohl's Department Stores, Inc. that Kohl's Department Stores, Inc. be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: May 15, 2018                                   **SAGARIA LAW, P.C.**

                                                By:   */s/ Elliot Gale*
                                                      Elliot Gale
                                                      Attorney for Plaintiff Aura Boykin


DATED: May 15, 2018                                   KELLEY DRYE & WARREN LLP

                                                By:   */s/ Sarah E. Diamond*
                                                      Sarah E. Diamond
                                                      Attorney for Defendant Kohl's Department Stores, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sarah E. Diamond has concurred in this filing.

*/s/ Elliot Gale*


**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Kohl's Department Stores, Inc. is dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   5/18/18

                                                      *Lucy H. Koh*
                                                      Hon. Lucy H. Koh
                                                      UNITED STATES DISTRICT JUDGE